**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

US BANK NATIONAL ASSOC.,                                    No. C 11-3429 SI

        Plaintiff,                                **ORDER REMANDING CASE TO ALAMEDA COUNTY SUPERIOR COURT**

  v.

MANUEL ROBLES,

        Defendant.
                                   /

On July 13, 2011, *pro se* defendant Manuel Robles removed this unlawful detainer action from state court. In an order filed August 19, 2011, the Court ordered defendant to show cause by September 2, 2011, why this case should not be remanded to state court for lack of jurisdiction. Defendant has not filed a response to the Order to Show Cause.

The Court has reviewed the complaint and the docket in this case, and concludes that this Court lacks jurisdiction. Accordingly, the Court REMANDS this case to Alameda County Superior Court. All pending motions are DENIED as moot.

**IT IS SO ORDERED.**

Dated: September 12, 2011

SUSAN ILLSTON
United States District Judge